

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO TORRES OCHOA, | )<br>) |
| Plaintiff, | ) 3:10-cv-00196-LRH-VPC<br>) |
| vs | )<br>) ORDER |
| CASSANDRA LARGE, et al., | )<br>) |
| Defendants. | ) |

Plaintiff has submitted a civil rights complaint but the application to proceed in *forma pauperis* does not provide a completed financial certificate or other necessary information. The complaint cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Plaintiff shall be sent the correct pauper form for use should he wish to pursue this action. Accordingly, plaintiff shall be given leave to proceed *in forma pauperis* on a temporary basis.

IT IS THEREFORE **ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* is GRANTED on a temporary basis. The Clerk shall send to plaintiff a motion for leave to proceed *in forma pauperis* form and instructions therefor. Plaintiff shall have forty-five (45) days within which to file a corrected motion. The failure to timely do so will result in the dismissal of this action.

IT IS FURTHER **ORDERED** that the civil rights complaint shall be retained by the

1 | Clerk but not filed, and no defendants shall be served until plaintiff's financial status is determined
2 | further.
3 | Dated this 29th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE