# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO TORRES OCHOA,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　) 　3:10-cv-00196-LRH-VPC
　　　　　　　　　　　　　　　　)
vs　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　ORDER
CASSANDRA LARGE, et al.,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　)

Plaintiff has been determined to be ineligible to proceed *in forma pauperis* because he has filed at least three civil actions which have been dismissed as frivolous or for failing to state a claim. The court directed that plaintiff to pay the filing fee no later than October 20, 2010, which he has failed to do. Thus, the complaint shall be filed and dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall detach and file the civil rights complaint (docket #1-2) which is **DISMISSED WITHOUT PREJUDICE.** The Clerk shall enter judgment accordingly.

Dated this 2nd day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE